NO CV-3R
NO CV-3R

U.S. DISTRICT COURT OF CENTER CALIFORNIA
OFFICE OF THE CLERK: HON CHIEF JUDGE
Los Angeles, CA 90012
APRIL 10, 2025

FILED
CLERK, U.S. DISTRICT COURT
again
MAR - 4 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

2:25-CV-02402-JFW-KS

Kum Nam LEE
a PETITIONER

V.

DEPT OF JUSTICE
Respondent
Judge: George H. Wu.
Judge: Maame Ewusi-Mensah Frimpong
no Reassignment: I am tire now stop. one month million dollars
plus charge from today. and continue every months same charged.
a Tax payer Damage or no discrimination
by Jury a writ of attachment garnishment, a Jurisdiction, an important
ship amount of damage is $ Twenty millions dollars
I am injured to Redress Required and Citizenship papers
only Five millions dollars, Final: a state plus Twenty millions dollars May 1, 2024.
a Pay taxes     a claim by Kum Nam LEE
a Judgment an Appropriation v a Solicitor general, Public Danger, plus one Hundred
new Reason by no Roach or bed bug in Room of apartment "millions"
- 90 days -     and Elevator no running more than six months dollars
a writ of Attachment garnishment an ownership amount For Full
of damages is $ one million dollars. I am injured
To Redress Required Bargain and Safe and Citizenship papers, payments
only Hundred Thousands dollars, no more: Final. a determination, a conclusion of
Appropriation pay tax   a claim by Kum Nam LEE laws
an amended    a state plus another 30 millions dollars. 6.6.24.
a Relief   3rd plus 50   name: Kum Nam LEE
a Forth with   millions dollars   address: 5155 Marathon ST #106
an application   by the laws,   Los Angeles, CA 90038
"settled"   Date: April 10, 2025   213-369-3134
Solicitor general. Supreme court Washington   a disposition a matter a debt
THE LAST DAY FOR Filing plus $100 millions dollars For one Time Pay Full Total

A notice of appeal

U.S. DISTRICT COURT OF THE CENTRAL DISTRICT OF CALIFORNIA

APRIL 10, 2025

Kum Nam LEE
A Petitioner

V. Respondent
DEPT OF JUSTICE

a notice of appeal   an order
Docket No:          one party
notice: a party:    a rule
                    a fact
                    a matter

name: Kum Nam LEE
213-369-3134
Address: 5155 Marathon st #106
Los Angeles, CA 90038

a state plus
Twenty millions
dollars MAY 1, 2024
50% in Seoul, Korea
50% in U.S.A.

Date: APRIL 10, 2025

a Jurisdiction
an attachment, a garnishment
a writ of certiorari
an appropriated
am immediately    a Tax payer
a within ten days   a debt
90 days, the last day of Filing , an application
a covenant          a settlement
a decision          a settled
a determination     amounts
a conclude          Taxes.
a no more           results
Continuing          Bargain
a Teaching          and
a 90 days           Sale
a Artichle III 2.2. Congress   Payments,
THE LAST day For Filing

in my way           a state plus
a Rehearing         another 30
a Relief            millions dollars
a granted           6.6.24.
an amended          an immediately
a Conclude          3rd plus 50
a Judgment, a reviewed  millions dollars
                    plus 100 millions
a good cause, a good faith  dollars For
a Reversal, admission       one
a Jurisdiction to Supreme Ce  Time.
   4RT Courts, Congress       pay
I will Conduct myself         11/12/24
I believe that I am entitled to Redress   Full Total

(left margin) in forma pauperis supreme court Rule 39 suffices, corporations stock 50% own an filing service of documents, any document required or permitted, sufficient, good Know, Condon reviewed, can amended by extends, Congress the last day for filing

in one supreme court an applicant appropriate a member of the Bar Act

conclusions of laws, immediate determination
vacated, remand, Rehearing, Relief reversal
Pay Taxes admission on extension

(right margin) Show Cause, Prima F...
a disposition, a matter, a Judgment The last day for filing



